**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: January 28, 2009**

**Docket Number: 08   00511-CA**

**CECELIE MCGASKEY, ET UX.**
**VERSUS**
**NATIONAL AUTOMOTIVE INS. CO., ET AL.**

**Appealed from Natchitoches Parish Case No. C-75234, Div. A**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. John D. Saunders**
   **Hon. James T. Genovese**
   **Hon. Shannon James  Gremillion (S)**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cecelie McGaskey and Elijah McGaskey** has this day been

   **DENIED.**

cc: Ronald J. Fiorenza, Counsel for the Appellee